NUMBER 13-07-037-CR



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


________________________________________________________


LANE MATTHEW BOURQUE, Appellant,


v.



THE STATE OF TEXAS, Appellee.

________________________________________________________


On appeal from the 252nd District Court 


of Jefferson County, Texas.


________________________________________________________


MEMORANDUM OPINION



Before Justices Yañez, Garza, and Benavides


Memorandum Opinion Per Curiam



 Appellant, LANE MATTHEW BOURQUE, perfected an appeal from a judgment
entered by the 252nd District Court of Jefferson County, Texas, in cause number
94717. Appellant has filed a pro se motion to dismiss the appeal. Counsel has filed
a motion to adopt appellant's pro se motion to dismiss the appeal. The motions
comply with Tex. R. App. P. 42.2(a).

 The Court, having considered the documents on file, appellant's pro se motion
to dismiss the appeal, and counsel's motion to adopt appellant's motion, is of the
opinion that the motions should be granted. Appellant's pro se motion to dismiss the
appeal and counsel's motion to adopt appellant's motion are granted, and the appeal
is hereby DISMISSED.

 PER CURIAM

Do not publish.

Tex. R. App. P. 47.2(b).


Memorandum Opinion delivered and filed this

the 14th day of June, 2007.